THE STATE OF OHIO, APPELLEE, *v.* SAMPLES, APPELLANT.

[Cite as *State v. Samples,* **124 Ohio St.3d 120, 2009-Ohio-6542.**]

*Court of appeals' judgment affirmed on the authority of State v. Lester.*

(No. 2009-0699 — Submitted September 30, 2009 — Decided
December 17, 2009.)

APPEAL from the Court of Appeals for Stark County, No. 2008 CA 00027,
2009-Ohio-1043.

_____

{¶ 1}  The judgment of the court of appeals is affirmed on the authority
of *State v. Lester*, 123 Ohio St.3d 396, 2009-Ohio-4225, 916 N.E.2d 1038.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR,
O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

John D. Ferrero, Stark County Prosecuting Attorney, and Kathleen O.
Tatarsky, Assistant Prosecuting Attorney, for appellee.

Timothy Young, Ohio Public Defender, and Spencer Cahoon, Assistant
Public Defender, for appellant.

_____